UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

FILED
AUG 0 3 2009
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| GARY CUNNINGHAM, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 09-CV-421-GKF-FHM |
| DELANOR, KEMPER & ASSOCIATES, LLC | ) |
| Defendant. | ) |

## MOTION FOR JUDGMENT UPON DEFAULT

Pursuant to the entry of default herein, plaintiff request judgment against defendant in the amount of $ 1,000 statutory, $ 1500 actual damages, and $ 361.42 costs, for a total of $ 2861.42. Brief in Support and Affidavit are appended with this Motion.

THE PLAINTIFF

*[signature]*
GARY CUNNINGHAM
P. O. BOX 581571
TULSA, OK 74158
(918) 289-6453