## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GARY CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-CV-421-GKF-FHM |
| | ) | |
| DELANOR, KEMPER & ASSOCIATES, | ) | |
| LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

Before the court is plaintiff Gary Cunningham's Motion for Judgment Upon Default against defendant Delanor, Kemper & Associates, LLC, [Dkt. #11] pursuant to Fed.R.Civ.P. 55. Plaintiff seeks $1,000 in statutory damages and $1,500 in actual damages for alleged violations of the Fair Debt Collection Practices Act, 47 U.S.C. § 1692a, et seq.

Upon reviewing the record, it appears plaintiff has properly served defendant's registered agent, that defendant has failed to plead or otherwise defend, and the Clerk of the Court has entered default against defendant pursuant to Fed.R.Civ.P. 55(a). [Dkt. # 10]. Defendant is a limited liability company and hence is not a minor or incompetent person and is not subject to military service. For good cause shown, plaintiff's Motion for Judgment Upon Default [Dkt. # 11] is hereby granted.

It is ordered that the plaintiff Gary Cunningham recover from the defendant Delanor, Kemper & Associates, LLC, the amount of $2,500 with interest at the rate of .44%, along with costs if timely applied for pursuant to the court's local rules.

ENTERED this 25th day of August, 2009.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma