# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Gary Cunningham,

                Plaintiff(s),

vs.                                               Case Number: 09-cv-421-GKF-FHM

Delanor, Kemper & Associates, LLC,

                Defendant(s).

**ORDER ON BILL OF COSTS**

Judgment was entered in this case on August 26th, 2009 against defendant Delanor, Kemper & Associates, LLC.

The Clerk of Court taxed costs as follows:

| | |
|---|---:|
| Fees of the Clerk of Court | 350.00 |
| Fees for Service of Summons and Subpoena | 5.71 |
| Fees of the Court Reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursement for printing | |
| Witness Fees | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket Fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs | |
| TOTAL | 355.71 |

Accordingly, costs are taxed in favor of plaintiff Gary Cunningham and against defendant Delanor, Kemper & Associates, LLC and included in the judgment in the amount of:      $355.71

*Phil Lombardi*

_____

Phil Lombardi, Clerk of Court